FILED
2026 Apr-17 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140
United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

This is to confirm that on 4/17/2026, your civil case was filed in the U.S. District Court, Northern District of Alabama. The action was styled Payne v. The Lincoln National Life Insurance Company and was assigned case docket number 2:26-cv-644-ACA. This case number must be included with all future pleadings and correspondence involving this action. All pleadings and correspondence must be sent to the address in the above left-hand corner.

This office will keep you informed of the status of your action by sending you copies of all orders entered by the Court.

It is your responsibility to keep the Court informed of your current address, and failure to do so may result in dismissal of your action.

GREER M. LYNCH
CLERK OF COURT