FILED
2026 Apr-20 AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR**
**THE NORTHERN DISTRICT OF ALABAMA**

FILED
2026 APR 17 P 12:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| **Plaintiff,** | ) | |
| **vs** | ) | **CIVIL ACTION NO.:** 2:26 CV 644-ACA |
| **Defendant.** | ) | |

**REQUEST FOR SERVICE BY**
**CERTIFIED MAIL**

**Please serve the defendant(s)** The Lincoln National Life Insurance Company **by Certified Mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(c)(I).**

M Payne
**Signature**