**FILED**
2026 Apr-30 PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Insurance Company
C/O CT Corporate System
2 North Jackson Street Suite 605
Montgomery Al 36104

9590 9402 9832 5266 7318 82

2. Article Number *(Transfer from service label)*

9589 0710 5270 4113 5344 28

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Jiff Ford ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* Tiffany Ford

C. Date of Delivery 4-23-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

FILED
2026 APR 30 A 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

MONTGOMERY AL 360

28 APR 2026 AM 4 L

9590 9402 9832 5266 7318 82

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

2:26-cv-644-ACA