FILED
2026 Jun-05 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2026 JUN -5 P 12:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

MARCELLUS PAYNE,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. 2:26-cv-00644-ACA

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Marcellus Payne, proceeding pro se, respectfully requests that the Clerk enter default against Defendant The Lincoln National Life Insurance Company pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

In support thereof, Plaintiff states as follows:

1. Plaintiff filed the Complaint in this action on April 17, 2026.
2. A Summons was issued by the Clerk of Court on April 20, 2026.
3. Defendant The Lincoln National Life Insurance Company was served by certified mail on April 23, 2026, as reflected in the Court's docket.
4. The docket reflects that Defendant's answer or other responsive pleading was due on May 14, 2026.
5. As of June 5, 2026, Defendant has not filed an Answer, Motion, Notice of Appearance, request for extension of time, or any other responsive pleading as reflected on the Court's docket.
6. Defendant has therefore failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant The Lincoln National Life Insurance Company pursuant to Rule 55(a).

Respectfully submitted,

/s/ Marcellus Payne

Marcellus Payne
Plaintiff, Pro Se
1831 Calgary Drive

Bessemer, Alabama 35022
205-902-4755
marcellus.payne@gmail.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Request for Clerk's Entry of Default was served on Defendant The Lincoln National Life Insurance Company at its registered agent and/or counsel of record, if any, on this 5th day of June, 2026.

---

Marcellus Payne
Plaintiff, Pro Se