FILED
2026 Jun-05 PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| Marcellus Payne,<br>Plaintiff<br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendants | } | Case Number: 2:26-cv-00644-ACA |

**ENTRY OF DEFAULT**

Upon application of the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, The Lincoln National Life Insurance Company, was duly served and that the defendant, The Lincoln National Life Insurance Company, has failed to answer or otherwise plead to the complaint.

It is ADJUDGED that the defendant, The Lincoln National Life Insurance Company, is in default and that the plaintiff, Marcellus Payne, has and recover of the defendants such sum as the plaintiff shall prove to the Court, together with costs.

DONE on June 5, 2026

GREER M. LYNCH, CLERK

BY: K. Wade
Deputy Clerk