FILED
2026 Jun-05 PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| Marcellus Payne,<br>Plaintiff(s)<br>v.<br><br>The Lincoln National Life Insurance Company,<br>Defendant(s) | }<br>}<br>}<br>}<br>}<br>}<br>} | Case Number:2:26-cv-00644-ACA |

## NOTICE OF ABILITY TO REQUEST PRO BONO COUNSEL

An Entry of Default was entered against you on 6/5/2026 If your failure to answer or otherwise plead to the complaint is because of financial inability to pay counsel, you may request appointment of pro bono counsel by filing with the Court an *Application for Legal Assistance: Federal Civil Pro Bono Program,* a copy of which is attached to this Notice and is available at the "For Pro Se Parties" section of the Court's website at www.alnd.uscourts.gov.

Any request for appointment of pro bono counsel **must** comply with the requirements of the United States District Court for the Northern District of Alabama's *Plan for Pro Bono Counsel for Qualified Unrepresented Parties in Civil Cases*, which is also attached to this Notice and is also available at the "For Pro Se Parties" section of the Court's website at www.alnd.uscourts.gov.

Any request for appointment of pro bono counsel must be filed with the Court within **thirty days** from the date of this Notice.

DONE on June 5, 2026

GREER M. LYNCH, CLERK

By: K. Wade
Deputy Clerk