FILED
2026 Jun-05 PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

BIRMINGHAM BAR VOLUNTEER LAWYERS PROGRAM
2015 American Bar Association Harrison Tweed Award Winner

# CLIENT FINANCIAL VERIFICATION FORM: FEDERAL CIVIL PRO BONO PROGRAM

Date: ______________________

Last Name: ______________________ First Name: ______________________ Middle Name: __________

Maiden or Other names you have used: ______________________

Street Address: ______________________

City: ____________ County: ____________ State: __________ Zip Code: __________

Date of Birth: ____________ Age: ____________ Gender: ☐ Female ☐ Male

Email Address: ______________________

Telephone #: ______________________ ☐ Home ☐ Cell ☐ Work

Alternate Telephone #: ______________________ ☐ Home ☐ Cell ☐ Work

Are you a United States Citizen? ☐ Yes ☐ No

If you are not a U.S. citizen, are you a legal resident? ☐ Yes ☐ No

If yes, please indicate the type of residency (permanent or temporary): ☐ Permanent ☐ Temporary

Please provide your residency #: ______________________

If you are employed, list your place of employment: ______________________

What is your job title/position/profession? ______________________

**Income Source(s) (Please include monthly amount):**

| | | | |
|---|---|---|---|
| ☐ ADFC/TANF $____ | ☐ Alimony $____ | ☐ Army Reserve $____ | ☐ Child Support $____ |
| ☐ Employment $____ | ☐ Financial Aid $____ | ☐ Rental Income $____ | ☐ Pension $____ |
| ☐ Self-Employment $____ | ☐ SSD Disability$____ | ☐ SSI $____ | ☐ SS Survivor Benefits $____ |
| ☐ Tips $____ | ☐ Spousal Support $____ | ☐ Tips $____ | ☐ Trust/Interest/Dividends $____ |
| ☐ Unemployed | ☐ Unemployment. Comp. $____ | ☐ Veterans Benefits $____ | ☐ Worker's Comp. $____ |
| ☐ Other Income $____ | | | |

If you are paid hourly, how many hours per week do you work? ________ How much do you earn per hour? $__________

**Please attach proof of income from the sources of income indicated above (proof of income includes pay stubs, Letters of Benefits, etc.)**

Are you expecting an increase in your household income in the near future? ☐ Yes ☐ No

If yes, state the source/type of the increase income and the amount of increase:

Source/Type: ______________________

Amount: ______________________

Date increase is expected: ______________________

**To the best of my knowledge, all of the information provided in this verification form is truthful and accurate.**

**Signature:** ______________________ **Date:** ______________________