FILED
2026 Jun-23 PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

FILED KAB
2026 JUN 22 A 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

MARCELLUS PAYNE,

Plaintiff,

v. Case No. 2:26-cv-00644-ACA

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

Defendant.

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff, Marcellus Payne, proceeding pro se, and respectfully moves this Court pursuant to Rule 55 of the Federal Rules of Civil Procedure for entry of Default Judgment against Defendant The Lincoln National Life Insurance Company.

In support thereof, Plaintiff states as follows:

PROCEDURAL HISTORY

1. Plaintiff commenced this action under the Employee Retirement Income Security Act of 1974 ("ERISA"), seeking judicial review of Defendant's denial of Long-Term Disability ("LTD") benefits.
2. Defendant was properly served through its registered agent, CT Corporation System, on April 23, 2026, as reflected by the Court's docket and proof of service.
3. Defendant's deadline to answer or otherwise respond expired on May 14, 2026.
4. Defendant failed to file an Answer, Motion to Dismiss, Notice of Appearance, Motion for Extension of Time, or any other responsive pleading.
5. On June 5, 2026, the Clerk entered default against Defendant. The Clerk's Entry of Default remains in effect.
6. As of the date of this Motion, Defendant has not appeared, answered, sought relief from default, or otherwise defended this action.
7. Plaintiff has continued to prosecute this action in good faith and has complied with all procedural requirements known to him as a pro se litigant.

BASIS FOR RELIEF

8. Defendant received notice of this action through service upon its registered agent and was afforded an opportunity to appear and defend.

9. Defendant failed to answer, plead, or otherwise defend this action within the time permitted by the Federal Rules of Civil Procedure.
10. The Clerk's Entry of Default remains uncontested.
11. Defendant's claimant benefits portal reflected Long-Term Disability coverage in the amount of $6,500 per month as of April 29, 2025. A true and correct copy of that benefits statement is attached as Exhibit A.
12. The exhibits attached to this Motion establish Defendant's receipt of service, the amount of Plaintiff's LTD coverage, and the Clerk's Entry of Default.
13. Plaintiff's claim was denied during the Policy's Own Occupation period. Plaintiff therefore seeks reinstatement and restoration to active claim status under the governing Plan so that any future claim administration may proceed in accordance with ERISA, the Plan, and this Court's judgment.
14. Plaintiff respectfully submits that entry of Default Judgment is appropriate due to Defendant's failure to appear and defend despite proper service and the Clerk's Entry of Default.

REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter Default Judgment in favor of Plaintiff and against Defendant The Lincoln National Life Insurance Company;

B. Award Plaintiff all past-due Long-Term Disability benefits due and owing under the governing policy and plan documents from the first payable benefit date forward;

C. Award prejudgment interest on all past-due benefits determined to be owed;

D. Award post-judgment interest as provided by law;

E. Order reinstatement of Plaintiff's Long-Term Disability benefits in accordance with the governing policy and ERISA, to the extent the Court determines such relief is appropriate;

F. Restore Plaintiff to active Long-Term Disability claim status under the governing Plan for continued administration consistent with ERISA, the Plan, and this Court's judgment;

G. Award Plaintiff taxable costs incurred in prosecuting this action;

H. Award such additional relief as the Court deems just, equitable, and proper under ERISA and the circumstances of this case; and

I. Alternatively, should the Court determine that additional proceedings are necessary before entering judgment, Plaintiff respectfully requests such further proceedings as the Court deems appropriate.

Respectfully submitted this 22nd day of June, 2026.

Marcellus Payne

Plaintiff, Pro Se

1831 Calgary Drive

Bessemer, Alabama 35022

(205) 902-4755

marcellus.payne@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Default Judgment was served upon Defendant at its registered agent address and/or last known address on this 22nd day of June, 2026.

Marcellus Payne

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

MARCELLUS PAYNE,

Plaintiff,

v. Case No. 2:26-cv-00644-ACA

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

Defendant.

[PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Default Judgment.

The Court finds that Defendant The Lincoln National Life Insurance Company was properly served, failed to answer or otherwise defend, and that the Clerk entered default on June 5, 2026.

Having reviewed Plaintiff's Motion, the record in this action, and the applicable law, the Court finds that the Motion is due to be GRANTED to the extent set forth herein.

IT IS THEREFORE ORDERED:

1. Plaintiff's Motion for Default Judgment is GRANTED to the extent set forth in this Order.
2. Judgment is entered in favor of Plaintiff Marcellus Payne and against Defendant The Lincoln National Life Insurance Company.
3. Plaintiff is awarded all Long-Term Disability benefits due and owing under the governing policy and plan documents from the first payable benefit date, together with prejudgment interest as permitted by law.
4. Plaintiff is awarded post-judgment interest as provided by law.
5. Plaintiff's Long-Term Disability claim shall be restored to active claim status under the governing Plan and administered in accordance with ERISA, the Plan documents, and this Court's judgment.
6. Any future administration of Plaintiff's claim shall be conducted in accordance with ERISA and the governing Plan documents.
7. Plaintiff is awarded taxable costs as permitted by law.
8. The Court retains jurisdiction to enforce this Order and Judgment.

DONE and ORDERED this _____ day of ____________, 2026.

ANNEMARIE CARNEY AXON

UNITED STATES DISTRICT JUDGE

EXHIBIT INDEX

Plaintiff's Motion for Default Judgment

Case No. 2:26-cv-00644-ACA

Exhibit A

Lincoln Financial Group Benefits Portal Statement reflecting Long-Term Disability coverage in the amount of $6,500 per month as of April 29, 2025.

Exhibit B

Eissmann Automotive Compensation and Benefits Summary reflecting Plaintiff's compensation and employee benefit information.

Exhibit C

Summons Returned Executed reflecting service upon Defendant through its registered agent on April 23, 2026, and establishing Defendant's response deadline.

Exhibit D

Certified Mail Return Receipt reflecting acceptance of service by Defendant's registered agent.

Exhibit E

Clerk's Entry of Default entered June 5, 2026.

EXHIBIT A

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Case No. 2:26-cv-00644-ACA

MARCELLUS PAYNE,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

DESCRIPTION OF EXHIBIT

Lincoln Financial Group Benefits Portal Statement reflecting Plaintiff's Long-Term Disability coverage in the amount of $6,500 per month as displayed on Defendant's claimant benefits portal as of April 29, 2025.

Respectfully submitted,

---

Marcellus Payne

Plaintiff, Pro Se

# My benefits

| | | | |
|---|---|---|---|
| Name: | Payne, Marcellus | Hire date: | 09-03-2024 |
| SSN: | xxx-xx-2843 | Termination date: | |
| Birthdate: | 03-17-1975 | Rehire date: | |
| Status: | Active | | |

## Coverages

Change beneficiary

View frequently asked questions regarding benefits.

| | COVERAGE | EFFECTIVE | STATUS | BENEFIT |
|---|---|---|---|---|
| View/print certificate | Life | 10-01-2024 | Active | $ 141,000 |
| View/print certificate | AD&D | 10-01-2024 | Active | $ 141,000 |
| View/print certificate | Short Term Disability | 10-01-2024 | Active | $ 1,000/Week |
| View/print certificate | Long Term Disability | 10-01-2024 | Active | $ 6,500/Month |
| View/print certificate | Voluntary Life | 10-01-2024 | Active | $ 100,000 |
| View/print certificate | Voluntary Child Life | 10-01-2024 | Active | $ 10,000 |
| *TravelConnect* SM | Travel assistance | 10-01-2024 | Active | |

Please note that all information on this page, including benefits, is provided as of 4/29/2025. Any changes that are currently being processed may not be reflected. Any changes with a future effective date will not be reflected.

The above information is not a guarantee of eligibility or benefits. The information provided is subject to policy provisions and the Insured's eligibility at the time of claim. I you have questions, please contact us at 1-800-423-2765.

*Due to HIPAA privacy regulations, information about a spouse or adult dependent dental claim cannot be provided to a member without appropriate authorization. To obt this information, a spouse or adult dependent can contact us directly.

For a member to obtain this information:

EXHIBIT B

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Case No. 2:26-cv-00644-ACA

MARCELLUS PAYNE,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

DESCRIPTION OF EXHIBIT

Eissmann Automotive Compensation and Benefits Summary reflecting Plaintiff's compensation, employment status, and employee benefit information during the period relevant to Plaintiff's Long-Term Disability claim.

Respectfully submitted,

---

Marcellus Payne

Plaintiff, Pro Se

EISSMANN GROUP AUTOMOTIVE

August 19, 2024

Marcellus Payne

VIA EMAIL

Dear Marcellus,

**Re: Employment with Eissmann Group Automotive**

This letter will serve to confirm our offer of full-time employment with Eissmann Group Automotive in the position of Business Unit Leader. You will be located in Pell City reporting directly to Joerg Plaum, Interim Plant Director. Your start date will be on September 2, 2024.

**Base Salary:**
Your salary, if annualized, will be $140,000.00 payable in bi-weekly installments every other Friday. Your classification is salaried exempt.

**Bonus:**
You will be eligible to participate in the Eissmann's Bonus Compensation Plan, effective January 2025. Your participation will be at a target level of 10% (with a maximum of 20%), of your base salary for the period based on the current Bonus Compensation Plan. The amount of the bonus will depend on various factors, including your performance against set objectives. Measurable objectives will be set for you on an annual basis, with the payout, taking place shortly after final compilation of results for the year. Eissmann has complete discretion to cancel or change the bonus program at any time.

**Benefits:**
You and your eligible dependents may elect to enroll in the Eissmann Benefits Plan, effective the first of the month following your date of hire.

Eissmann offers a comprehensive Benefit Plan that includes Medical and Prescription Drug, Dental, & Vision programs, company-paid Life & AD&D, Short- and Long-Term Disability and Employee Assistance Programs. Other optional coverage programs include Flexible Spending Accounts and Health Savings Accounts. Eissmann also offers a competitive match to the 401K plan.

**Holidays, Vacation and Sick Leave:**
You will be immediately eligible for all Company recognized holidays. Vacation days/hours, for salaried full-time employees, will be pro-rated and granted on the first day of hire and based on months of completed service. You will be eligible for 5 days of vacation, and 15 days in 2025. Future increases to your annual vacation entitlement will be based on your Company service, in accordance with our vacation policy.

**Confidentiality:**
At all times during your employment and after termination of your employment, you shall keep confidential, not disclose to others, or use any trade secrets, other confidential information or proprietary information relating to Eissmann or to the business operated by Eissmann, and you will confirm that such information constitutes the exclusive property of Eissmann. Confidential and proprietary information includes but is not limited to Eissmann's unique engineering, selling,

manufacturing, and servicing methods and business techniques; training, service and business manuals; promotional materials; vendor and product information; customer and prospective customer lists and information; financial information; technical information; software developments and programs; contract proposals; access codes and passwords; and all other information not generally known to the public and/or competitors in the form compiled by or maintained by Eissmann. You will be required to sign a Confidentiality Agreement as a condition of employment.

**Adherence to Code of Ethics:**
The Company is committed to conducting business in an ethical manner and in compliance with applicable laws and regulations. At all times during your employment, you will adhere to Eissmann's Code of Ethics.

**Employment:**
It is Company policy to "employ at will." Accordingly, either you or Eissmann may terminate your employment at any time, with or without cause and with or without prior advance notice.

The return of a dated and signed copy of this offer letter will serve as your agreement to and acceptance of the foregoing and allow us to welcome you to the Eissmann Group Automotive organization. The terms of this offer are confidential and contingent on proof of your eligibility to work in the United States, and successful completion of a pre-employment drug screen and background check. This letter is not a contract of employment for any specific period.

The bonuses, benefits, plans and allowances contained in this letter are those currently in place. Eissmann retains the discretion to amend or discontinue these in the future.

Please be advised this offer will expire on Friday, August 23, 2024 @ 5:00pm.

Marcellus, we are looking forward to working with you. If you have any questions or concerns, please do not hesitate to call me directly 248-602-1984.

Sincerely,
Dr. Tamitra Cole

*Dr. Tamitra Cole*

HR Manager

I hereby acknowledge and accept this offer of employment as outlined above.

____________________________ __________________

Marcellus Payne Date

EXHIBIT C

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Case No. 2:26-cv-00644-ACA

MARCELLUS PAYNE,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

DESCRIPTION OF EXHIBIT

Summons Returned Executed, reflecting service of process upon Defendant The Lincoln National Life Insurance Company through its registered agent, CT Corporation System, on April 23, 2026, and establishing Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

---

Marcellus Payne

Plaintiff, Pro Se

# Payne v. The Lincoln National Life Insurance Company

Dashboard

**Alabama Northern District Court** **Case Filed:** Apr 17, 2026

| | |
|---|---|
| **Judge:** | Annemarie Carney Axon |
| **Case #:** | 2:26-cv-00644 |
| **Nature of Suit** | 791 Labor - Employee Retirement Income Security Act |
| **Cause** | 28:1132 E.R.I.S.A. |

Docket Parties (2) News

Last checked: **Monday Jun 01, 2026 2:36 AM CDT** Update Parties

**Defendant**

The Lincoln National Life Insurance Company

**Plaintiff**

Marcellus Payne
1831 Calgary Drive
Bessemer, AL 35022

Navigation Edit Alert

**Docket last updated: 20 minutes ago** Update Now

## Friday, June 05, 2026

**8** 1 pgs Clerk's ENTRY OF DEFAULT as to The Lincoln National Life Insurance Company (KCW)

Att: 1 1 pgs Notice of Pro Bono Counsel,

Att: 2 1 pgs Client Financial Verification Form

7 Plaintiff's Request for Clerk's Entry of Default by Marcellus Payne (KCW)

## Monday, June 01, 2026

6 Request by Non-Prisoner Pro Se Party for Electronic Noticing in Civil Cases by Marcellus Payne. (KCW)

## Thursday, April 30, 2026

5 2 pgs SUMMONS Returned Executed by Certified Mail (9589 0710 5270 4113 5344 28). The Lincoln National Life Insurance Company served on 4/23/2026, answer due 5/14/2026. (KCW)

## Monday, April 20, 2026

4 1 pgs Summons Issued as to The Lincoln National Life Insurance Company via certified mail. (KCW)

3 Request for Service By Certified Mail by Marcellus Payne (KCW)

## Friday, April 17, 2026

2 NOTICE of Civil Action Number. (KCW)

1 COMPLAINT against The Lincoln National Life Insurance Company, filed by Marcellus Payne. (KCW)

Att: 1 Civil Cover Sheet

Filing fee paid: $ 405, ALND receipt number B-23957 (KCW)

**Showing** All

**Last viewed: Jun 18, 2026 6:44 PM CDT**


PacerMonitor, LLC © 2026.

EXHIBIT D

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Case No. 2:26-cv-00644-ACA

MARCELLUS PAYNE,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

DESCRIPTION OF EXHIBIT

Certified Mail Return Receipt reflecting delivery of the Summons and Complaint to Defendant's registered agent, CT Corporation System, on April 23, 2026, and acceptance of service by the recipient identified on the return receipt.

Respectfully submitted,

---

Marcellus Payne

Plaintiff, Pro Se

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Insurance Company
C/O CT Corporate System
2 North Jackson Street Suite 605
Montgomery AL 36104

9590 9402 9832 5266 7318 82

2. Article Number *(Transfer from service label)*

9589 0710 5270 4113 5344 28

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tiff Ford ☒ Agent ☐ Addressee

2026 Apr-30 PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

B. Received by *(Printed Name)* Tiffany Ford

C. Date of Delivery 4-23-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

FILED
2026 APR 30 A 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

USPS TRACKING#

MONTGOMERY AL 360

28 APR 2026 AM 4 L

9590 9402 9832 5266 7318 82

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203
2:26-cv-644-ACA

EXHIBIT E

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Case No. 2:26-cv-00644-ACA

MARCELLUS PAYNE,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

DESCRIPTION OF EXHIBIT

Clerk's Entry of Default entered on June 5, 2026, reflecting Defendant's failure to plead or otherwise defend this action following service of process and expiration of the response deadline established by the Court.

Respectfully submitted,

---

Marcellus Payne

Plaintiff, Pro Se

FILED
2026 Jun-05 PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| Marcellus Payne, Plaintiff | } | |
| v. | } | Case Number: 2:26-cv-00644-ACA |
| The Lincoln National Life Insurance Company, Defendants | } | |

**ENTRY OF DEFAULT**

Upon application of the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, The Lincoln National Life Insurance Company, was duly served and that the defendant, The Lincoln National Life Insurance Company, has failed to answer or otherwise plead to the complaint.

It is ADJUDGED that the defendant, The Lincoln National Life Insurance Company, is in default and that the plaintiff, Marcellus Payne, has and recover of the defendants such sum as the plaintiff shall prove to the Court, together with costs.

DONE on June 5, 2026

GREER M. LYNCH, CLERK

BY: K. Wade
Deputy Clerk