FILED
2026 Jun-23 PM 05:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

Wolters Kluwer

FILED
2026 JUN 23 P 12: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

June 15, 2026

**Notice of Rejected Service of Process – Log# 552492037**

Agent Served: C T Corporation
Party Served: The Lincoln National Life Insurance Company
Jurisdiction Served: Alabama
Date of Service: June 12, 2026
Title of Action: Marcellus Payne vs. The Lincoln National Life Insurance Company
Case No. 226CV00644ACA

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☑ Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☐ Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☐ Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

**(Returned To)**

Clerk, United States District Court
1729 -5th Avenue North,
Birmingham, AL 35203-2040