FILED
2026 Jun-24 PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MARCELLUS PAYNE,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | |
| | ] | **Case No. 2:26-cv-644-ACA** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ] | |
| | ] | |
| | ] | |
| **Defendant,** | ] | |

## ORDER

*Pro se* Plaintiff Marcellus Payne moves for default judgment against Defendant the Lincoln National Life Insurance Company. (Doc. 9). Mr. Payne filed a returned certified mail receipt showing that he served Lincoln National through the registered agent CT Corporate Systems. (Doc. 5). However, CT Corporate Systems filed a notice with the court indicating that it had rejected service of process because it is not the registered agent for Lincoln National. (Doc. 10). A search of the Alabama Department of Insurance's website confirms that CT Corporate Systems is not the registered agent of Lincoln National.[1]

[1] A court may judicially notice "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Accordingly, the court may take judicial notice of records publicly available on the Alabama Department of Insurance's website. *See* Agent for Service of Process Search, "Lincoln National Life," 1 result (June 24, 2026), https://external-lookup-web.prod.naic.org/lookup/company/summary/74245063?jurisdiction=AL.

Entry of default requires "strict compliance with legal prerequisites," including service of process. *See Varnes v. Loc. 91, Glass Bottle Blowers Ass'n of U.S. & Canada*, 674 F.2d 1365, 1370 (11th Cir. 1982). Mr. Payne has not perfected service on Lincoln National. Accordingly, the court **DENIES** the motion for default judgment. (Doc. 9). The court **VACATES** the Clerk's entry of judgment against Lincoln Insurance. (Doc. 8).

**DONE** and **ORDERED** this June 24, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE