FILED
2026 Jun-25 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

FILED
JUN 25 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**MARCELLUS PAYNE,**
Plaintiff,

v. Case No. 2:26-cv-00644-ACA

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
Defendant.

# PLAINTIFF'S REQUEST FOR ISSUANCE OF ALIAS SUMMONS

Plaintiff Marcellus Payne respectfully requests that the Clerk issue an Alias Summons for Defendant, The Lincoln National Life Insurance Company.

On June 24, 2026, the Court entered an Order denying Plaintiff's Motion for Default Judgment and vacating the Clerk's Entry of Default based on a finding that service had not been perfected.

Plaintiff respectfully requests issuance of an Alias Summons so that service may be perfected upon Defendant through its Agent for Service of Process identified by the Alabama Department of Insurance:

**The Prentice-Hall Corporation System, Inc.**
641 South Lawrence Street
Montgomery, Alabama 36104

Plaintiff submits this request in good faith and for the purpose of promptly complying with the Court's Order and moving this action forward on the merits.

Respectfully submitted,

Marcellus Payne
1831 Calgary Drive
Bessemer, AL 35022
(205) 902-4755
marcellus.payne@gmail.com

Plaintiff, Pro Se