FILED
2026 Jul-21 PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARCELLUS PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:26-cv-00644-ACA |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Lincoln National Life Insurance Company ("Lincoln") in the above-captioned action certifies that the general nature and purpose of Lincoln is as follows:

> Lincoln is an Indiana Corporation engaged in the business of providing group and individual life, disability, and other insurance policies and products.

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted,

/s/ *Matthew W. Robinett*
Matthew W. Robinett
ASB-3523-I72M

NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

*- And -*

Iwana Rademaekers, Esq.
(*Pro Hac Vice Motion Pending*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July 2026, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to parties or counsel of record:

Marcellus Payne
Email: marcellus.payne@gmail.com
*Pro Se*

/s/ *Matthew W. Robinett*
Of Counsel