FILED
2026 Jul-28 AM 11:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life
Insurance Company
c/o The Prentice Hall Corporation
System Inc.
41 South Lawrence Street
Montgomery, AL 36104

9590 9402 0039 6058 2480 29

2. Article Number *(Transfer from service label)*

9589 0710 5270 3169 2891 91

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Kelly Webster
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
6-30-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
2026 JUL 28 A 11: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

9590 9402 0039 6058 2480 29

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

1729 5th Ave N
Birmingham, AL 35203

2:26-cv-00644-ACA

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JUL 28 2026

SECURITY