FILED
2026 Jul-29 PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARCELLUS PAYNE,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Case No. 2:26-cv-00644-ACA |

## NOTICE OF APPEARANCE

Pursuant to the Text Order (document 18) entered on July 28, 2026, granting the Motion for Leave to Appear pro hac vice, Iwana Rademaekers of the Law Offices of Iwana Rademaekers, P.C., hereby enters her appearance as additional counsel of record for Defendant, The Lincoln National Life Insurance Company, in the referenced matter.

Respectfully submitted,

s/ *s/ Iwana Rademaekers*
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800

Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July 2026, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to parties or counsel of record:

Marcellus Payne
Email: marcellus.payne@gmail.com
*Pro Se*

/s/ *Matthew W. Robinett*
Matthew W. Robinett